UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Raymond G. Craytor,<br><br><br>Debtor | Case No.:    20-12098-ABA<br><br>Chapter:    7<br><br>Judge:    Andrew B. Altenburg, Jr.<br><br>Hearing Date:    February 22, 2023 |

**ORDER GRANTING MOTION TO REOPEN AND ON MOTION FOR SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

Case 20-12098-ABA    Doc 53    Filed 02/22/23    Entered 02/22/23 14:52:46    Desc Main
Document    Page 2 of 2

*In re Raymond G. Craytor.*
*Case No.: 21-12098-ABA*
Order Granting Motion to Reopen and On Motion for Sanctions for Violation of the Discharge Injunction
Page | 2

---

**THIS MATTER** having come before the court by the debtor's Motion to Reopen his bankruptcy case to prosecute a "Motion for Damages for Creditor Misconduct" against the Estate of Hattie Maiorano (the "Estate") (Doc. Nos. 46, 45); and the Estate objected to both motions (Doc. Nos 47, 48); and

And for the reasons set forth on the record and in a Memorandum Opinion entered herewith; and for good cause shown; it is

**ORDERED** the Motion to Reopen is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Damages for Creditor Misconduct is **GRANTED**. The debtor is instructed to file within 14 days from the date of this Order, a certification detailing its reasonable attorney fees and/or costs with the failure to do resulting in a denial of any fees and/or costs without further order of this court. Should a certification be filed by the debtor, the Estate will have seven (7) days from the date of that filing to respond. The court will advise the parties if there is a need for any further hearing.